**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed July 18, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00489-CV

---

## IN RE PAULA GIST, INDIVIDUALLY AND AS HEIR TO J. STEVEN GIST, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 68377**

---

## MEMORANDUM MAJORITY OPINION

On July 14, 2023, relator Paula Gist, Individually and as heir to J. Steven Gist filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Tyra McCollum, presiding judge of the County Court at Law No. 2 of Fort Bend County, to vacate the trial court's June 1, 2023 order granting plaintiff's motion to compel post judgment discovery.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain (Spain, J., dissenting).